IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | District of Connecticut<br>Case No. 08-4M-01(JGM) |
| v. | : | Southern District of Georgia<br>Case No. M08-G3 |
| JOSEPH M. GARCIA | : | |

## ORDER

A preliminary hearing and detention hearing in this case was scheduled for January 24, 2008. Counsel for Defendant requested that those hearings be held in the District of Connecticut rather than in this District. Accordingly, IT IS HEREBY ORDERED, that the preliminary hearing and detention hearing are hereby **continued** until further Order of the Court.

**SO ORDERED**, this 25th day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE